COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| ERIC FLORES, | § | No. 08-09-00273-CR |
| Appellant, | § | Appeal from the |
| v. | § | 243rd District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20090D03111) |
|  | § |  |

## **MEMORANDUM OPINION**

Eric Flores, *pro se*, filed notice of appeal to challenge the trial court's denial of his "motion for relevancy of evidence." We do not have jurisdiction to review this interlocutory order. *See* TEX.CODE CRIM.PROC.ANN. art. 44.02 (Vernon 2006)("[a] defendant in any criminal action has the right of appeal under the rules hereinafter prescribed"); TEX.R.APP.P. 25.2(a)(2)(a defendant "has the right of appeal under Code of Criminal Procedure article 44.02 and these rules" in every case in which the trial court "enters a judgment of guilt or other appealable order"). We therefore dismiss the appeal.

January 6, 2010

Before Chew, C.J., McClure, and Rivera, JJ.

(Do Not Publish)

ANN CRAWFORD McCLURE, Justice